UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff/Respondent, | ) | Crim No.: 6:15-cr-0013-GFVT-4 |
| | ) | Civil No.: 6:16-cv-00238-GFVT |
| V. | ) | |
| | ) | **ORDER** |
| JARROD L. CUPP, | ) | |
| | ) | |
| Defendant/Petitioner. | ) | |

*** *** *** ***

This matter is before the Court on two Recommended Dispositions filed by the former United States Magistrate Judge Robert E. Wier. The Defendant, Jarrod L. Cupp, first filed a *pro se* motion to vacate his sentence pursuant to 28 U.S.C. § 2255. [R. 201.] He did not verify this motion, and the Court ordered him to submit a completed motion with a valid signature, which he did. [R. 205.] Consistent with local practice, Judge Wier reviewed the motion and prepared a Recommended Disposition. [R. 222.]

After considering the record, Judge Wier determined that Mr. Cupp is not entitled to relief under 28 U.S.C. § 2255. Specifically, Judge Wier found that Mr. Cupp's claim of ineffective assistance of counsel is without merit, Mr. Cupp does not qualify for a sentence reduction under Amendment 794, and Mr. Cupp is not entitled to an evidentiary hearing. [R. 222.]

Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140,

150 (1985). Parties who fail to object to a Magistrate's Report and Recommendation are also barred from appealing a district court's order adopting that Report and Recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has considered the record, and it ultimately agrees with the Magistrate Judge's recommendation. Furthermore, the Court declines to issue a certificate of appealability. The Court determines that reasonable jurists would not find the denial of Mr. Cupp's construed § 2255 motion debatable. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED**:

1. Judge Robert E. Wier's Report and Recommendation [**R. 222**] as to Jarrod L. Cupp is **ADOPTED** and for the Opinion of the Court;

2. Mr. Cupp's Petition for habeas corpus relief pursuant to § 2255 [**R. 201**] is **DENIED**;

3. A Certificate of Appealability is **DENIED** as to all issues raised by the Defendant; and

4. **JUDGMENT** in favor of the United States will be entered contemporaneously herewith.

This the 24th day of September, 2018.

Gregory F. Van Tatenhove
United States District Judge